```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :        CRIMINAL ACTION
                                :
          v.                    :
                                :
LUIS RAMOS                      :        NO. 02-801-01
```

ORDER

AND NOW, this 28th day of June, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Luis Ramos to compel the government to file a motion under Rule 35(b) of the Federal Rules of Criminal Procedure (Doc. No. 538) is DENIED.

                                      BY THE COURT:


                                  /s/ Harvey Bartle III
                                                   J.