IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| v. | : | CRIMINAL NUMBER 02-801 |
| LUIS RAMOS USM# 57021-066 | : | |

## ORDER

AND NOW this 16th day of December, 2014, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 178 months, effective November 1, 2015.

BY THE COURT:

THE HONORABLE HARVEY BARTLE, III
**Senior United States District Court Judge**